**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6270**

———————

WARREN C. ROBINSON,

Petitioner - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; FEDERAL
BUREAU OF PRISONS; FMC BUTNER; WARDEN BEELER,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-320-H)

———————

Submitted: April 17, 2003          Decided: April 24, 2003

———————

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Warren C. Robinson, Appellant Pro Se. Rudolf A. Renfer, Jr.,
Assistant United States Attorney, Raleigh, North Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Warren C. Robinson appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Robinson v. United States Dep't of Justice, No. CA-02-320-H (E.D.N.C. Jan. 22, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED